United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUNISA SAIDOVA | § | CIVIL ACTION NO. 4:26-CV-02906 |
| | § | |
| VS. | § | |
| | | |
| MARKWAYNE MULLIN, *et al.* | | |

**ORDER OF DISMISSAL**

On September 22, 2026, the Plaintiff filed a Notice of Dismissal without prejudice (Dkt. #13) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on September 22, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE